1079, *lv denied* 81 NY2d 1073). (Appeal from Judgment of Erie County Court, Rogowski, J.—Attempted Criminal Possession Forged Instrument, 2nd Degree.) Present—Lawton, J. P., Fallon, Wesley, Davis and Boehm, JJ.

■ ORRIN L. BECKER, Respondent, v MAUREEN BECKER, Appellant. [624 NYS2d 1013] —Order unanimously reversed on the law with costs, motion granted and complaint dismissed. Memorandum: Supreme Court erred in denying defendant's motion to dismiss the complaint. In opposing defendant's motion pursuant to CPLR 3012 (b), plaintiff failed to meet his burden of showing that the delay in serving the complaint was excusable and that his cause of action for divorce was meritorious *(see, Fantauzzo v Steimer,* 193 AD2d 1125; *Iafallo v Dolan,* 162 AD2d 965). (Appeal from Order of Supreme Court, Erie County, Howe, J.—Dismiss Action.) Present—Lawton, J. P., Fallon, Wesley, Davis and Boehm, JJ.

■ JOSEPH G.A. DEVLIN, Respondent, v RENEE DEVLIN, Appellant. [624 NYS2d 1014] —Order unanimously affirmed without costs. Memorandum: Supreme Court did not abuse its discretion in denying the motion of defendant for an award of counsel fees and expenses incurred in the prosecution of her appeal in the underlying matrimonial action *(see,* Domestic Relations Law § 237 [a], [d]; Scheinkman, Practice Commentary, McKinney's Cons Laws of NY, Book 14, Domestic Relations Law C237:6, at 516; *see also, DeCabrera v Cabrera-Rosete,* 70 NY2d 879, 881; *Borakove v Borakove,* 116 AD2d 683). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Counsel Fees.) Present—Lawton, J. P., Fallon, Wesley, Davis and Boehm, JJ.

■ SUSAN I. BENEDETTI, Respondent, et al., Plaintiff, v W.J. RHO, Appellant. (Appeal No. 2.) [624 NYS2d 994] —Appeal unanimously dismissed without costs *(see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Niagara County, Gossel, J.—Set Aside Verdict.) Present—Lawton, J. P., Fallon, Wesley, Davis and Boehm, JJ.

■ SUSAN I. BENEDETTI, Respondent, et al., Plaintiff, v W.J. RHO, Appellant. (Appeal No. 3.) [624 NYS2d 995] —Appeal unanimously dismissed without costs *(see, Karagiannis v New York State Thruway Auth.,* 209 AD2d 995). (Appeal from Order of